1  B. Kristian W. Rasmussen, III, FL Bar No. 0229430
   Rachael Raymon Gilmer, FL Bar No. 0887331
2  LEVIN, PAPANTONIO, THOMAS,
     MITCHELL, ECHSNER & PROCTOR, P.A.
3  316 South Baylen Street, Suite 600 (32502)
   P. O. Box 12308
4  Pensacola, Florida 32591
   Telephone: (850) 435-7080
5  Facsimile: (850) 435-7020

6  Attorneys for Plaintiffs

7            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9                      (SAN FRANCISCO DIVISION)

10 | In re: Bextra and Celebrex Marketing Sales | MDL No. 1699
   | Practices and Product Liability Litigation |
11 |                                            | District Judge: Charles R. Breyer
   |                                            | Magistrate:
12
13
14 | MARCO CACEDA, individually and on | Case No. C 06 4598 CRB
   | behalf of MARCELLA CACEDA,        |
15 | deceased, minor,                  | **STIPULATION AND [PROPOSED]**
   |                                   | **ORDER OF DISMISSAL WITHOUT**
16 |                                   | **PREJUDICE**
17 |         Plaintiff,                |
18 | v.                                |
19 | PFIZER, INC., PHARMACIA CORP., and |
   | G.D. SEARLE & CO.,                |
20 |                                   |
   |         Defendants.               |
21

22      Comes now the Plaintiff, Marco Caceda, individually and on behalf of Marcella Caceda,
23
   deceased minor, ("Plaintiff"), and Defendants Pfizer, Inc., Pharmacia, Corp., and G.D. Searle &
24
   Co. ("Defendants"), by and through the undersigned attorneys, pursuant to Federal Rule of Civil
25
26 Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiff, Marco Caceda,
27 individually and on behalf of Marcella Caceda, deceased minor's, claims with prejudice, with
28 each side bearing its own attorneys' fees and costs.

Plaintiff agrees to re-file any and all claims against Defendants, in a United States District Court.

Dated: February 22, 2007

Respectfully submitted

By: _____

Stuart M. Gordon, Esq.
CA Bar No.: 37477
GORDON & REES, LLP
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801

Attorney for the Defendants

Dated: February 21, 2007

Respectfully submitted

By: _____

B. Kristian W. Rasmussen, III, FL Bar No. 0229430
Rachael M. Raymon, FL Bar No. 0887331
LEVIN, PAPANTONIO, THOMAS,
 MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
Telephone: (850) 435-7080
Facsimile: (850) 435-7020

Attorneys for Plaintiff

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed with prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this 26th day of February, 2007, in San Francisco, California.

_____
CHARLES R. BREYER
United States District

IT IS SO ORDERED
Judge Charles R. Breyer

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esquire

- 2 -

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C 06-4598 CRB